## 64027. MULKEY v. GENERAL MOTORS CORPORATION et al.

McMurray, Presiding Judge.

Our judgment in *Mulkey v. General Motors Corp.*, 164 Ga. App. 752 (299 SE2d 48), wherein we reversed the judgment entered by the trial court, has been reversed by the Supreme Court on certiorari in *Andean Motor Co. v. Mulkey,* 251 Ga. 32 (302 SE2d 550). The judgment of the Supreme Court is made the judgment of this court, and in accordance therewith, the judgment of the trial court is affirmed.

*Judgment affirmed. Banke and Birdsong, JJ., concur.*

Decided June 30, 1983.

*Dennis C. O'Brien,* for appellant.

*William P. Tinkler, Jr., Lanny B. Bridgers, Donald M. Fain, Gordon A. Smith,* for appellees.